UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
JEFFREY COHEN,

                        *Petitioner*,

                                                                                     1:24-cv-05037 (ALC)

    -against-

                                                                                    **CONFERENCE ORDER**

J.L. JAMISON,

                        *Respondent*.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a telephonic conference in this action on Friday, April 4, 2025 at 12 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated: March 21, 2025**
       New York, NY

                                                                         **ANDREW L. CARTER, JR.**
                                                                       United States District Judge