UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JEFFREY COHEN,                                     :
                                                   :
                           *Petitioner*,     :
                                                   :    1:24-cv-05037 (ALC)
    -against-                                     :
                                                   :    <u>ORDER</u>
J.L. JAMISON,                                      :
                                                   :
                          *Respondent.*   :
                                                   :
                                                   :
------------------------------------------------------------------ :
                                                   x

**ANDREW L. CARTER, JR., United States District Judge:**

      On May 13, 2025, Petitioner, proceeding *pro se*, sent an *ex parte* communication to this Court via email. In that email, Petitioner asked the Court to prevent the Bureau of Prisons from destroying certain of his legal papers, until he could raise and litigate the issue before the Court. In his letter, Petitioner claims that a copy of the letter was served on all counsel of record via email, but Petitioner failed to include Respondent on the actual email communication to the Court.

      Petitioner is ORDERED to file his May 13th letter on the docket. The Court interprets Petitioner's request as one for a temporary restraining order ("TRO") and a preliminary injunction ("PI"). The *ex parte* TRO is hereby DENIED. Respondent, who according to Petitioner received a copy of the May 13th letter, is hereby ORDERED to respond to Petitioner's request for a PI by **June 2, 2025**. The Court will hold a telephonic conference in this action on Thursday, June 5, 2025 at 4 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated: May 29, 2025**
      **New York, NY**

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**