UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
JEFFREY COHEN,

                               *Petitioner*,

          1:24-cv-05037 (ALC)

   -against-

          **AMENDED CONFERENCE ORDER**

J.L. JAMISON,

                              *Respondent*.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The telephonic conference scheduled for Thursday, October 2, 2025 at 11 AM Eastern Time is hereby ADJOURNED *sine die*.

**SO ORDERED.**

**Dated: October 2, 2025**
       **New York, NY**

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**