UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN,

                Petitioner,

      -against-

J.L. JAMISON,

                Respondent.

24-CV-5037 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

      The Court is in receipt of Petitioner's letter dated February 20, 2026. Dkt. No. 73. Through the letter, Petitioner seeks to (a) withdraw the pending motion at Dkt. No. 68, and (b) file an amended petition. The Court **GRANTS** Petitioner's requests. Petitioner shall file an amended petition by **April 30, 2026**.

      Separately, Respondent's requests for an extension time of time (Dkt. Nos. 63 & 70) are **GRANTED**. The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 63, 68, and 70.

**SO ORDERED.**

Dated:    April 10, 2026
          New York, New York

_____
      ANDREW L. CARTER, JR.
      United States District Judge